# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEHAJVEET SINGH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY,<br><br>　　　　Respondent. | Case No. 1:26-cv-04943-JLT-EPG-HC<br><br>ORDER MODIFYING BRIEFING SCHEDULE (ECF No. 13)<br><br>ORDER TERMINATING INADVERTENTLY FILED MOTION TO DISMISS (ECF No. 9) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 26, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On July 1, 2026, Respondent filed a motion to dismiss. (ECF No. 8.)[1] That same day, this matter was reassigned. (ECF No. 11.) On July 2, 2026, the district judge denied the motion for TRO as untimely and set a briefing schedule. (ECF No. 13.) In the motion to dismiss, Respondent states that Respondent "does not intend to file any additional affirmative briefing." (ECF No. 8 at 1.) Given that Respondent has already filed a responsive pleading, the Court will modify the briefing schedule.

\\\

---

[1] On July 1, 2026, Respondent filed a second motion to dismiss. (ECF No. 9.) Respondent then notified the Court that the second motion to dismiss was filed in error. (ECF No. 10.)

1

Accordingly, the Court HEREBY ORDERS that:

1. The briefing schedule (ECF No. 13) is MODIFIED and Petitioner SHALL FILE an opposition or statement of non-opposition to Respondent's motion to dismiss (ECF No. 8) within **FOURTEEN (14) days** of the date of service of this order; and

2. Respondent's inadvertently filed motion to dismiss (ECF No. 9) is TERMINATED.

IT IS SO ORDERED.

Dated:   **July 7, 2026**                          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2